```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDIP K. SINGH,

                Plaintiff

-against-

No. 18 CV 3213 (NSR)

KNUCKLES, KOMOSINSKI & MANFRO, LLP, and DEBBIE BHOORASINGH, *Individually*,

                Defendants.

NELSON S. ROMÁN, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    In light of a settlement having been reached, the jury selection and trial date of January 30, 2023, is hereby cancelled.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dated: January 26, 2023
White Plains, New York